IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

EMMA LASHEL SELDON §
 §
v. § CIVIL ACTION NO. 5:18CV1- RWS-CMC
 §
COMMISSIONER §
OF SOCIAL SECURITY §

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. Docket No. 14. No objections to the Report and Recommendation were filed. Thus, any aggrieved party is not entitled to *de novo* review by the district court of the proposed findings and recommendations of the Magistrate Judge.

Nonetheless, the Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge. There being no grounds of plain error or manifest injustice, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. *See United States v. Raddatz*, 447 U.S. 667, 683 (1980) ("[T]he statute permits the district court to give to the magistrate's proposed findings of fact and recommendations 'such weight as [their] merit commands and the sound discretion of the judge warrants' ") (quoting *Mathews v. Weber*, 23 U.S. 261, 275 (1976)). Accordingly, it is hereby

**ORDERED** that Plaintiff's above-entitled Social Security action is hereby **REVERSED AND REMANDED**. It is further

**ORDERED** that all motions not previously ruled on are **DENIED** and the referral order is **VACATED**.

**SIGNED this 19th day of December, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE